13-951-cr
Barletta v. McCormack

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of April, two thousand fourteen.

PRESENT:
> **ROBERT A. KATZMANN,**
> *Chief Judge,*
> **JOHN M. WALKER, JR.,**
> **CHRISTOPHER F. DRONEY,**
> *Circuit Judges.*

_____

John Christopher Barletta,

> *Plaintiff-Appellant*,

> v.                                                            No. 13-951-cr

John McCormack, C.T.O., Laura Powers, Deputy Warden, I/O, Anthony Bruno, Director Religious Service, I/O, Jon Aldi, Senior Review Group, Intel Ofc, I/O, Kimberly Weir, Security Director, I/O, LJ Harris, Lieutenant, I/O, Michael LaJoie, District Administrator, I/O, Gerald Hines, Aaron Bowman, McIntyre, Correction Officer, Sledgelowoski, Correction Officer, Siwicki, Lieutenant, Tawanda Kitt, Luis Colon, Angel Quiros, AKA Angle Quiros,

> *Defendants-Appellees*.

_____

| | |
|---|---|
| FOR PLAINTIFF-APPELLANT**:** | John Christopher Barletta, *pro se*, Salem, OR. |
| FOR DEFENDANTS-APPELLEES**:** | Steven Strom, Assistant Attorney General, Office of the Attorney General, State of Connecticut, Hartford, CT. |

Appeal from a judgment of the United States District Court for the District of Connecticut (Covello, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Appellant John Barletta, proceeding *pro se*, appeals from a judgment of the United States District Court for the District of Connecticut (Covello, *J.*) dismissing his amended complaint under Federal Rule of Civil Procedure 12(b)(6) and 28 U.S.C. § 1915A. That amended complaint, brought primarily under 42 U.S.C. § 1983, seeks relief for numerous alleged violations of Barletta's constitutional rights and federal and state law. The district court determined that all of Barletta's claims were either moot, barred by qualified immunity, or otherwise meritless as a matter of law. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review *de novo* dismissals under 28 U.S.C. § 1915A, *Shakur v. Selsky*, 391 F.3d 106, 112 (2d Cir. 2004), and Rule 12(b)(6), *Chambers v. Time Warner, Inc.*, 282 F.3d 147, 152 (2d Cir. 2002). To avoid dismissal, the complaint must plead "enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007).

We have considered the arguments that Barletta raises on appeal, and have independently reviewed the record and the relevant case law. We find no merit in Barletta's arguments and no error in the district court's decision. We therefore **AFFIRM** the judgment of the district court.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk